COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-437-CV

 

IN
RE DAVID JOYNER                                                              RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

Because this court has been informed that
the underlying criminal proceeding has been dismissed, Relator=s
petition for writ of mandamus is dismissed as moot.

PER
CURIAM

 

PANEL:  LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED:  January 19, 2010











     [1]See
Tex. R. App. P. 47.4.